UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: Jameelah Ayesha Putman,

                        Debtor.

_____/

Case No. 19-48648
Chapter 7
Judge Thomas J. Tucker

**ORDER DISMISSING CASE FOR FAILURE TO FILE DOCUMENT(S)**

The Debtor has failed to file the following documents in accordance with the Court's procedures:

- ☐ Application to Pay the Filing Fees in Installments
- ☐ Application to Waive the Filing Fee
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Petition Preparer's Notice,
- ☐ Certificate of Budget and Credit Counseling
- ☒ Chapter 7 Statement of Your Monthly Income 122A-1
- ☐ Chapter 7 Means Test Calculation (
- ☐ Declaration Under Penalty of Perjury for Debtor without an Attorney
- ☒ Declaration about an Individual Debtor(s) Schedules
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☒ Schedules A-J
- ☒ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ Statement About Your Social Security Number(s)
- ☐ Statement of Petition Preparer Pursuant to F.R. Bankr.P 2016(c)
- ☐ 2016(b) Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P 2016(b)
- ☒ Summary of Assets and Liabilities
- ☐ Initial Statement About an Eviction Judgment Against You (Form 101A)

Further, a request for an extension of time was not timely filed   ACCORDINGLY,

**IT IS ORDERED** that under Fed. R. Bankr. P. 1007, this case is **DISMISSED**.

**Signed on July 12, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge