UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                               Case No. 19-48648

JAMEELAH AYESHA PUTMAN, *pro se*,          Chapter 7

                Debtor.                            Judge Thomas J. Tucker
_____/

**ORDER DENYING THE DEBTOR'S MOTION FOR RECONSIDERATION,
BUT WAIVING FILING FEE FOR MOTION TO REOPEN CASE**

       This case is before the Court on the Debtor's motion entitled "Motion to Reopen and Reinstate and Waive Reopening Fee," filed July 19, 2019 (Docket # 15, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the July 12, 2019 Order dismissing this case (Docket # 13 ).

       The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

       The Court also finds that the allegations in the Motion do not establish excusable neglect under Fed. R. Civ. P. 60(b)(1), Fed. R. Bankr. P. 9024, or any other valid ground for relief from the order dismissing this case.

       The Court notes that the Debtor is not barred from filing a new bankruptcy case.

       NOW, THEREFORE,

       IT IS ORDERED that to the extent the Motion seeks a waiver of the filing fee for the motion to reopen, it is granted and such filing fee is waived.

       IT IS FURTHER ORDERED that in all other respects, the Motion is denied.

**Signed on July 22, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge